## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

NIKI JANNITTO and SAMANTHA JANNITTO,
in their capacities as the Co-Administrators of the
Estate of CHRISTOPHER J. JANNITTO,

      Plaintiffs,

    v.

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

      Defendants.

Case No.: 1:25-cv-00226-JJM-PAS

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiffs Niki Jannitto and Samantha Jannitto in their capacities as the Co-Administrators of the Estate of Christopher J. Jannitto, ("Plaintiffs") and Defendant The Prudential Insurance Company of America ("Prudential"), by and through their respective undersigned counsel, hereby notify the Court that on June 3, 2026, the parties reached a conditional settlement in this matter. The parties anticipate that they will be able to file a joint stipulation of dismissal within sixty (60) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines for sixty (60) days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for sixty (60) days.

326265957v.1

-2-

DATED:  June 9, 2026

NIKI JANNITTO AND SAMANTHA
JANNITTO

By: *s/ Edward C. Roy*
Edward C. Roy, Jr., Esquire
577 Tiogue Ave., 2nd Floor
Coventry, RI 02816
(401) 823-0488
(401) 823-0486 Facsimile
Email: Edward_Roy@hotmail.com

*Counsel for Plaintiffs*

Respectfully Submitted,

THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA

*s/ Mario Nimock*
Mario Nimock
mnimock@seyfarth.com
Ian H. Morrison (appearing *pro hac vice*)
imorrison@seyfarth.com
Nathan P. Lusignan (appearing *pro hac vice*)
nlusignan@seyfarth.com
SEYFARTH SHAW, LLP
233 S. Wacker Dr., Ste. 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Counsel for Defendant*

-2-
326265957v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 9, 2026, I caused a true and correct copy of the foregoing

**Joint Notice of Settlement and Request for Stay** to be electronically filed with the Clerk of the

Court via the Court's CM/ECF system, which sent notification of such filing to the following

counsel of record:

Edward C. Roy, Jr., Esquire
577 Tiogue Ave., 2nd Floor
Coventry, RI 02816
(401) 823-0488
(401) 823-0486 Facsimile
Email: Edward_Roy@hotmail.com

*/s/Mario Nimock*

326265957v.1